**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>THOMAS ROULLIER,<br>    Defendant. | )  NO.  2:12-CR-0281 KJM<br>)<br>)<br>)<br>)<br>)<br>) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum  ☐ Ad Testificandum.

Name of Detainee:     **THOMAS ROULLIER, Reg. No. 12622-085**
Detained at (custodian):     Federal Correctional Institution
    P.O. Box 800, Herlong, CA 96113

Detainee is:     a.)     ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
    charging detainee with: assault resulting in serious bodily injury, in violation of 18 U.S.C. § 113(a)(6)
or     b.)     ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:     a.)     ☐ return to the custody of detaining facility upon termination of proceedings
or     b.)     ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary in the Eastern District of California for arraignment on an Indictment charging Thomas Roullier with assault resulting in serious bodily injury.*

    Signature: /s/ Samuel Wong
    Printed Name & Phone No: **Samuel Wong, AUSA, 916-554-2772**
    Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

    ☒ Ad Prosequendum         ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, THOMAS ROULLIER, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: August 2, 2012

    EDMUND F. BRENNAN
    United States Magistrate Judge

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | BOP Reg. No. 12622-085 | DOB: | 07/23/80 |
| Facility Address: | 741-925 Access Rd, #A-25 | Race: | White |
| | Herlong, CA 96113 | FBI #: | |
| Facility Phone: | 530-827-8024 | | |
| Currently Incarcerated For: | Distribution of methamphetamine, 188 months | | |

---

## RETURN OF SERVICE

Executed on _____ by _____  _____
                                                                                                                                         (Signature)