PHILLIP A. TALBERT
Acting United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>v.<br><br>THOMAS ROULLIER,<br><br>Defendant/Petitioner. | CASE NO. 2:12-CR-00281-KJM<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO STAY PROCEEDINGS<br><br>COURT: Hon. Kimberly J. Mueller |

Before the Court is the government's motion to stay proceedings" (ECF 59; "the Motion"). In the Motion, the government asks the Court to stay proceedings on Thomas Roullier's 28 U.S.C. § 2255 petition (ECF 56; "the Petition"). The Motion is hereby **GRANTED** for the reasons given therein. Accordingly, the previously ordered briefing schedule (ECF 57) is hereby **VACATED**, and proceedings on the Petition are hereby **STAYED** pending the Supreme Court's decision in *Beckles v. United States*, S. Ct. Case No. 15-8544.

**SO ORDERED** on August 15, 2016

_____
UNITED STATES DISTRICT JUDGE